# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 2:20-036 |
| | ) | |
| COURTNEY G. GILLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Courtney Gilley's motion for early termination of probation, dkt. no. 65, to which the Government has no opposition, dkt. no. 66. For the reasons below, Defendant's motion is **GRANTED**.

Pursuant to a written plea agreement, Defendant pleaded guilty to Count One of the Information which charged misprision of felony in violation of 18 U.S.C. § 4. Dkt. No. 23. In May 2021, the Court sentenced Defendant to three years' probation. Dkt. Nos. 59, 60. Defendant was also ordered to pay a special assessment of $100.00 and comply with standard, special, and mandatory conditions of release. Dkt. No. 59.

Defendant has served over two years of her three-year term of probation and now moves the Court for early termination of same. Dkt. No. 65.

Defendant argues she has not violated any of the terms of her probation and has complied with all the conditions set forth by the Court. Id. She also states she has met all financial obligations and has no criminal history except for the offense in this case. Id. The United States Probation Office confirms that Defendant has been fully compliant with all terms and conditions of probation. Dkt. No. 66 at 1.

Title 18 U.S.C. § 3564(c) addresses early termination of probation and sets forth, in relevant part, as follows:

> (c) Early termination.— The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c). The decision to grant early termination of probation is discretionary and will be reviewed for abuse of discretion. See, e.g., United States v. Reagan, 162 F. App'x 912, 914 (11th Cir. 2006).

The Court must carefully weigh a favorable adjustment to Defendant's probation against her offense of conviction. The Court concludes that granting Defendant's motion to terminate her probation at this juncture is appropriate. Accordingly, Defendant's motion, dkt. no. 65, is **GRANTED**.

**SO ORDERED** this **12** day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA